**Appeal No.  2021AP1706**

## STATE OF WISCONSIN

Cir. Ct. No.  2019CV1174

## IN COURT OF APPEALS
## DISTRICT IV

---

AQUILLA JESSIE,

    PLAINTIFF-APPELLANT,

  V.

STATE OF WISCONSIN, STATE OF WISCONSIN -
DEPARTMENT OF

CORRECTIONS AND ALEX WOUTS,

    DEFENDANTS-RESPONDENTS.

**FILED**

**Aug. 1, 2022**

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Stephen E. Ehlke
Circuit Court Judge
Electronic Notice

Carlo Esqueda
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

James J. Gende II
Gende Law Offices, S.C.
N28W23000 Roundy Dr., Ste. 200
Pewaukee, WI 53072

Brian Keenan
Electronic Notice

David J. Lang
Electronic Notice

Alex Wouts 413878
Monroe Correctional Complex
Twin Rivers Unit; P.O. Box 888
Monroe, WA 98272

PLEASE TAKE NOTICE that a correction was made to paragraph 9 in the above-captioned opinion which was released on July 21, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.